IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| STRECK, INC., a Nebraska corporation , | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | 8:09CV328 |
| | ) | |
| RESEARCH & DIAGNOSTIC SYSTEMS, INC., a Minnesota corporation, | ) ) ) | SCHEDULING ORDER |
| Defendant. | ) | |

    Counsel have filed the parties' Rule 26(f) planning report.  At the direction of Chief Judge Bataillon, and pursuant to Fed. R. Civ. P. 16,

    **IT IS ORDERED** that a telephone conference with Chief Judge Bataillon will be held **on Friday, February 5, 2010 at 10:30 a.m.,** for the purpose of reviewing the preparation of the case to date and scheduling the case to trial.  **Plaintiff's counsel shall initiate the call to Judge Bataillon's chambers at 402-661-7302.**

    **DATED December 30, 2009.**

                                                                 BY THE COURT:

                                                                 s/ F.A. Gossett
                                                                 **United States Magistrate Judge**